appeals. Affirmed. R. S. White, for appellant. S. Riker, Jr., for respondent.

PER CURIAM. We do not think that the facts presented upon this application would justify us in reversing the order below. The question as to whether or not an injunction should be granted, and as to the extent of the injunction, should be left to be determined upon the trial. The order should be affirmed, with $10 costs and disbursements.

RICHARDS, Respondent, v. CLINTON BANK, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1901.) Action by Joseph M. Richards against the Clinton Bank. No opinion.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BARTLETT, HIRSCHBERG, and JENKS, JJ., concur. WOODWARD, J., dissents.

ROBINS, Respondent, v. BROWNING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 26, 1901.) Action by Frederick B. Robins against Browning, King & Co. No opinion. Judgment and order affirmed, with costs.

In re ROGERS et al. In re WESTERFIELD et al. (two cases). (Supreme Court, Appellate Division, Second Department. November 15, 1901.) In the matter of the judicial settlement of the account of Thomas Rogers and William Cauldwell, as trustees under the last will and testament of Jason Rogers, deceased. In the matter of the application of Mary J. Westerfield and Flora E. Rogers for an intermediate accounting by the trustees under the last will and testament of Jason Rogers, deceased. In the matter of the application of Mary J. Westerfield and Flora E. Rogers for the removal of William Cauldwell and Thomas Rogers as trustees under the last will and testament of Jason Rogers, deceased. No opinion. Motion denied, without costs.

ROSE, Respondent, v. ROSE, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1901.) Action by Ida Rose against George F. Rose.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BARTLETT, HIRSCHBERG, JENKS, and SEWELL, JJ., concur. GOODRICH, P. J., dissents.

ROSS, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by Elton J. Ross against John King and John G. McCullough, as receivers of the property of the New York, Lake Erie & Western Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RULE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Thomas Rule against the Metropolitan Street Railway Company. T.

H. Lord, for appellant. J. B. Ker, for respondent. No opinion. Judgment and order affirmed, with costs.

RUSSELL, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 19, 1901.) Action by James R. Russell against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. The plaintiff's injuries were the result of an assumed risk. Loughlin v. State, 105 N. Y. 159, 11 N. E. 371; Miller v. Thomas, 15 App. Div. 105, 44 N. Y. Supp. 277.

RUSSELL, Respondent, v. NEW YORK & N. S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1901.) Action by Calier Lee Russell, as administrator, etc., of Calier Lee Russell, deceased, against the New York & North Shore Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

SACCO, Respondent, v. PLASTERERS' LABORERS' UNION, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Angela Sacco against the Plasterers' Laborers' Union. C. M. Beattie, for appellant. A. I. Oishei, for respondent. No opinion. Judgment and order affirmed, with costs.

ST. REGIS PAPER CO., Appellant, v. SANTA CLARA LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1901.) Action by the St. Regis Paper Company against the Santa Clara Lumber Company. No opinion. Judgment unanimously affirmed, with costs, on authority of same case in 55 App. Div. 225, 67 N. Y. Supp. 149.

ST. REGIS PAPER CO., Appellant, v. SANTA CLARA LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 19, 1901.) Action by the St. Regis Paper Company against the Santa Clara Lumber Company. No opinion. Order granting extra allowance affirmed, without costs.

SANKEY v. KETCHAM. (Supreme Court, Appellate Division, First Department. November 15, 1901.) Action by Josephine B. Sankey against James C. Ketcham. No opinion. Motion granted, with $10 costs.

SANTOMINO, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1901.) Action by Nicholas Santomino against the American Ice Company. T. D. Adams, for appellant. W. F. Severance, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.